Patricia Kane
CRCF
7 Ferrell Street
S. Burlington
Vt. 05403

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 MAY -3 PM 2:24

CLERK
BY /s/ lw
DEPUTY CLERK

3/11/16

Complaint

1942 § 1983

2:16-cv-117

"Every person who, under color of any statute, ordinance, regulation, custom or useage, of any State or Territory, or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the Constitution and laws shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for Redress"

P  vs.

Patricia Kane
Plaintiff

Erica Marthage
et al.
Defendent
Prosecutor of
Bennington.

et al.

David Howard
Judge of Bennington

Christina Rainville
Former Prosecutor
~~Bennington~~

3/11/14

       Christine Reinville
       Defendant

Patricia Kane   v   Erica Marthage
Plaintiff -      Defendant
       Prosecutor of Bennington

       David Howard
       Defendant
       Judge of Bennington

— Complaint —

 By this suit, I attest that Erica Marthage and David Howard, knowingly filed, wrote and signed, respectively, a knowingly perjured and fraudulent State Police warrant to justify the fraudulent 'national false alarm' of the Amber Alert of January 2015.

 Indeed this perjured and fraudulent Police warrant was predicated upon pure untranslated hearsay of a French file concerning my son, Zachery, with the assistance of Christine Reinville.

Lee, that was never investigated, and never translated, and never read by those named.

I attest that the two named defendants sought the media spotlight together, and this was the essential motivating factor to gain national attention.

Further, under the tutelage and direction of Erica Marthage, former prosecutor, Christine Reinville, assumed an integral role to fraudulently justify her persecution of myself, in a relationship of conspiracy with Judge David Howard and Erica Marthage, compromising any possibility of justice.

The Police warrants that ensued for my subsequent arrest were devoid of true and actual probable cause that the child was in danger, Zachary Lee, and also the fraudulent legal construction of DCF custody of my son Zachary Lee, was also predicated upon the absence of any probable cause.

Further, these three defendants intentionally motivated the State Police, wrongfully

on fraudulently, to persue and arrest an innocent individual.

Thus, before this Court, I Retoner Kem hereby seek relief for:

1. Defamation and slander- on a national scale.
2. False Arrest
3. False Imprisonment
4. Intentional infliction of emotional distress
5. Grave prejudice which inevitably sacrificed my right to a fair hearing buy an impartial court.
6. Denial of constitutional rights
7. Abuses suffered as a result of perjury and fraud with respect to the alarm itself and the filingly of knowingly false Police Warrant.
8. The intentional and knowing issue of a false alarm.
9. Attorney fees

Thus, I hereby also seek relief for

10. Unjustified separation from my son
11. Unjustified prolongation of litigation in the juvenile docket 126-11-13

BnyN

12. Unjustified prolongation of seperation from my son, Zachery Lee
13. Blackmail re: 'Involuntary Plea' of 7/8/14

And I request relief from the ratchetory and vindictive prosecution of three named defendants by the filing and subsequent persuit of knowingly false criminal charges against myself, which have thus continued unabatedly.

As I had brought my son to Hanover, NH for dinner, (I am a 1986 graduate of Dartmouth College) I hereby bring this suit before the Court of the U.S. district of New Hampshire; and the U.S. District Court of Burlington.

And

I Patricia Kenu hereby seek relief in the form of compensatory, monetary, and punitive damages for the violation of constitutional rights, including false arrest, excessive bail, excessive sentencing, false imprisonment, and threats and coercion (blackmail) to

plead guilty, all under the knowing consent of a Judge who consistently acted in complicity with the defendants.

And by Blackmail, I attest that former attorney, Stephen Saltonstall, died communicated to myself that if I did NOT plead guilty, Christina Rainville, former prosecutor of Bennington, would file charges against my daughter, Martha Lee, (DOB 2/7/96)

Under the 4th Amendment, a neutral and detached magistrate must issue a search warrant for the warrant to be valid. United States v. Leon, 468 U.S. (1984). Thus I was arrested by an invalid warrant, one of intentional and knowingly fraudulent construction, and perjury there-in

Further, as Judge Howard, and Prosecutors Marthage and Rainville, had fraudulently achieved a temporary custody order", an extension of their emergency
↳ of 1/17/16

order
custody by (means of perjury on government documents) (indeed a fraudulently illegal construction by the government agency (DCF) thereby kidnapping* of my son, but any outrageously unlawful, and unconstitutional one at, with respect to their actions outside the law), but under the color of law), & that that their jurisdiction was indeed fraudulently realized. Further, Rawlle and Merthers, prosecutors in my criminal case (GT-1-14 were indeed the attorneys for Bennington DCF and into that they, toward did indeed sign both these orders, the ECO, emergency custody order, and the #CO, the temporary custody order 1/17/14.

From an objective perspective of myself thus clear that the persecution, one I malicious and undue abuse of prosecution, was predicated upon the fraudulent construction of legal documents, in violation of international law, Due Process, and the French decision of May 2013, and the untenable letter of I read file there-in a Type I hereby request of relief.

* I refer here to the 'legal' but unlawful kidnapping of my son by the collusion between Bennington court & the Bennington DCF.

Peter Kaw 5/4/16