Patricia Kane
CRCF
7 Ferrell Street
S. Burlington
Vt. 05403

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

3/11/16  2016 MAY -5 PM 12:43

Complaint  CLERK  2:16-cv-117

1942 § 1 BY~~S~~ ~~3~~ LAW
DEPUTY CLERK

"Every person who, under color of any statute, ordinance, regulation, custom or useage, of any State or Territory, or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the Constitution and laws shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for Redress"

P  vs.

Patricia Kane
Plaintiff

Erica Marthage
et al.
Defendent
Prosecutor of
Bennington.

et al.

David Howard
~~Judge~~ of Bennington
Christina Reinville
Former Prosecutor
"
Bennington.

3/11/14

                              Christine Reinville
                              Defendant

Patricia Kane     v     Erica Marthage
Plaintiff -                    Defendant
                            Prosecutor of Bennington

                            David Howard
                            Defendant
                            Judge of Bennington

— Complaint —

    By this suit, I attest that Erica Marthage and David Howard*, knowingly filed, wrote and signed, respectively, a knowingly perjured and fraudulent State Police warrant to justify the fraudulent national ~~false~~ alarm of the Amber Alert of January 2015.
    Indeed this perjured and fraudulent police warrant was predicated upon pure untranslated hearsay of a French file concerning my son, Zachery

* with the assistance of Christine Reinville.

Lee, that was never investigated, and never translated, and never read by those named.

I attest that the two named defendants sought the media spotlight together, and this was the essential motivating factor to gain national attention.

Further, under the tutelage and direction of Erica Marthage, former prosecutor, Christine Reinville, assumed an integral role to fraudulently justify her persecution of myself, in a relationship of conspiracy with Judge David Howard and Erica Marthage, compromising any possibility of justice.

The Police warrants that ensued for my subsequent arrest were devoid of true and actual probable cause that the child was in danger, Zachary Lee, and also the fraudulent legal construction of DCF custody of my son Zachary Lee, was also predicated upon the absence of any probable cause.

Further, these three defendants intentionally motivated the State Police, wrongfully

an fraudulently, to pursue and arrest an innocent individual.

Thus, before this Court, I Petitioner Kerre hereby seek relief for:

1. Defamation and slander- on a national scale.
2. False Arrest
3. False Imprisonment
4. Intentional infliction of emotional distress
5. Grave prejudice which inevitably sacrificed my right to a fair hearing by an impartial court.
6. Denial of constitutional rights
7. Abuses suffered as a result of perjury and fraud with respect to the alarm itself and the filing of knowingly false Police Warrant.
8. The intentional and knowing issue of a false alarm.
9. Attorney fees

Thus, I hereby also seek relief for

10. Unjustified separation from my son
11. Unjustified prolongation of litigation in the juvenile docket 126-11-13

BnjN

12.) Unjustified prolongation of seperation from my son, Zachery Lee
13.) Blackmail re: 'Involuntary Plea' of 7/8/14

And I request relief from the ratchetory and vindictive prosecution of three named defendants by the filing and subsequent persuit of knowingly false criminal charges against myself, which have thus continued unabatedly

As I had brought my son to Hanover, NH for dinner, (I am a 1986 graduate of Dartmouth College) I hereby bring this suit before the Court of the U.S. district of New Hampshire; and the U.S. District Court of Burlington.

And

I Patricia Kenu hereby seek relief in the form of compensatory, monetary, and punitive damages for the violation of constitutional rights; including false arrest, excessive bail, excessive sentencing, false imprisonment, and threats and coercion (blackmail) to

plead guilty, all under the knowing consent of a Judge who consistently acted in complicity with the defendants.

And by Blackmail, I attest that former attorney, Stephen Saltonstall, did communicate to myself that if I did NOT plead guilty, Christine Reinville, former prosecutor of Bennington, would file charges against my daughter, Martha Lee, (DOB 2/7/96)

Under the 4th Amendment, a neutral and detached magistrate must issue a search warrant for the warrant to be valid. United States v. Leon, 468 U.S. (1984). Thus I was arrested by an invalid warrant, one of intentional and knowingly fraudulent construction, and perjury there-in

Further, as Judge Howard, and Prosecutors Marthage and Ranville, had fraudulently achieved a temporary custody order*, an extension of their emergency

* of 1/17/16

order

entirely by means of speaking on government documents (indeed a fraudulently illegal construction by the government of every (DCF) hereby kidnapping* of my son, but by outrageously unlawful, and unconstitutional beliefs, with respect to their actions outside the law, but under the color of law.), I attest that their jurisdiction was indeed fraudulently realized. Further, Ramille and Meichaye, prosecutors in my criminal case (GF-1-14 By were indeed the attorneys for Bennington Ca.) DCF and unto that Judge Howard did indeed sign both these orders, the ECO, even every entirely order, and the "2nd TCO", the temporary custody order, of 1/17/14.

From an objective perspective of myself thus clear that the persecution, are malicious and undue abuse of prosecution, was predicated upon the fraudulent construction of legal documents, in violation of international law, Due Process, and the French decision of May 2013, and the untrue letter misread file there-in. Thus I hereby request relief.

Patrick Ravix 3/4/16

* I refer here to the 'legal' but unlawful kidnapping of my son by the collusion between Bennington court & the Bennington DCF.